IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY LOUIS ALFORD,

    Plaintiff,             No. CIV S-06-1340 DFL PAN P

    vs.

ELOY MEDINA, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1         In this case, the defendants are located and the claim arose in Monterey County,
2 which is in the Northern District of California.  Therefore, plaintiff's claim should have been
3 filed in the United States District Court for the Northern District of California.  In the interest of
4 justice, a federal court may transfer a complaint filed in the wrong district to the correct district.
5 <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

6         Accordingly, IT IS HEREBY ORDERED that:

7         1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and

8         2.  This matter is transferred to the United States District Court for the Northern
9 District of California.

10 DATED: July 19, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

/mp:001
alfo1340.21a